# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD AZZARA,<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA TAMPKINS, Warden,<br><br>Respondent. | Case No. CV 14-39-CAS (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 6/17/15

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE